**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-6334

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LANCE WHITAKER,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  James C. Dever III, District Judge.  (4:09-cr-00091-D-1)

Submitted:  April 18, 2019                    Decided:  April 23, 2019

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lance Whitaker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lance Whitaker appeals the district court's order denying his motion to direct the Government to file a motion to reduce Whitaker's sentence pursuant to Fed. R. Crim. P. 35. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Whitaker*, No. 4:09-cr-00091-D-1 (E.D.N.C. Feb. 26, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*